UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-62021-CIV-DIMITROULEAS

RAMON NOTARIO,

    Plaintiff,

vs.

DEPUTY MERRY, et al.,

    Defendants.
_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon Plaintiff's Complaint [DE-1] and the Report of Magistrate Judge, dated November 8, 2010 [DE-6]. The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed [DE-13].[1] As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion. LoConte v. Dugger, 847 F. 2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F. 2d 1144, 1149 (11th Cir. 1993). Although no timely objections were filed, the Court has conducted a *de novo* review of the Report and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report of Magistrate Judge [DE-6] is hereby **ADOPTED** and **APPROVED**;

---

[1] In an abundance of caution, the Court twice mailed copies of the Report of Magistrate Judge [DE-6] to Plaintiff and provided Plaintiff with additional time to file objections. [DE-13, 14]. Pursuant to the second Order [DE-14] Plaintiff had until December 28, 2010, to file his objections.

2. This case is hereby **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief can be granted;

3. The clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of January, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate White

Ramon Notario
c/o Ann Marie Sapp
Asst. Public Defender
201 SE 6th St.
Fort Lauderdale, FL 33310

Ramon Notario
G.E.O. CARE
96 S.W. Allapattah Rd.
Indiantown, FL 34956